

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00101-CR

| | | |
|---|---|---|
| JERMAR JAMIE FULLER, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (58,156-A) |
| V. | § | June 3, 2021 |
| | § | Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT ON REHEARING

After reviewing appellant Jermar Jamie Fuller's motion for rehearing, we deny the motion. We deny Appellant's motion for en banc reconsideration as moot. We withdraw our April 29, 2021 judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker